IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-02648-ZLW-KMT

CRESSA SULLIVAN,

    Plaintiff,

v.

I-FLOW CORPORATION;
DJO, INCORPORATED,
    f/k/a DJ ORTHOPEDICS, INC.;
REABLE THERAPEUTICS, LLC;
ASTRAZENECA PHARMACEUTICALS LP;
ASTRAZENECA LP; and
ZENECA HOLDINGS, INC.,

    Defendants.

---

## ORDER

---

After consideration of the case file herein, I hereby exercise my discretion as a senior judge to decline this case. Therefore, it is

ORDERED that this case is returned to the Clerk's office for reassignment to another judge.

DATED at Denver, Colorado, this 10th day of December, 2008.

    BY THE COURT:

    */s/ Zita L. Weinshienk*
    _____
    ZITA L. WEINSHIENK, Senior Judge
    United States District Court