IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-02648-WYD-KMT

CRESSA SULLIVAN,

    Plaintiff,

v.

I-FLOW CORPORATION;
DJO INCORPORATED, f/k/a DJ ORTHOPEDICS, INC.;
REABLE THERAPEUTICS, LLC;
ASTRAZENECA PHARMACEUTICALS LP;
ASTRAZENECA LP; and
ZENECA HOLDINGS, INC.,

    Defendants.

## ORDER OF RECUSAL

This matter is before me on a review of the file. My daughter is an associate at the law firm of Faegre & Benson, counsel for Defendants AstraZeneca Pharmaceuticals, LP, AstraZeneca, LP, and Zeneca Holdings, Inc. For this reason, I believe that it would be inappropriate for me to preside over this case. Accordingly, I should recuse myself. It is therefore

    ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

Dated: December 15, 2008

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief U. S. District Judge