IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-02648-MSK-KMT

CRESSA SULLIVAN,

    Plaintiff,

v.

I-FLOW CORPORATION,
DJO, INCORPORATED, f/k/a DJ ORTHOPEDICS, INC.,
REABLE THERAPEUTICS, LLC,
ASTRAZENECA PHARMACEUTICALS LP,
ASTRAZENECA LP, and
ZENECA HOLDINGS, INC.,

    Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's " Unopposed MOTION to Amend/Correct/Modify Complaint filed by Cressa Sullivan" [Document #29, filed February 05, 2009] is GRANTED. The Clerk of the Court is directed to file the Amended Complaint this date.

Dated: February 05, 2009