IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-02648-MSK-KMT

CRESSA SULLIVAN,

    Plaintiff,

v.

I-FLOW CORPORATION,
DJO, INCORPORATED, f/k/a DJ ORTHOPEDICS, INC.,
REABLE THERAPEUTICS, LLC,
ASTRAZENECA PHARMACEUTICALS LP,
ASTRAZENECA LP, and
ZENECA HOLDINGS, INC.,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Joint Unopposed Renewed Motion for the Entry of Protective Order Regarding Confidential Information" (# 46, filed April 14, 2009) is GRANTED.

Dated: April 16, 2009