IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–02648–MSK–KMT

CRESSA SULLIVAN,

    Plaintiff,

v.

I-FLOW CORPORATION,
DJO, INCORPORATED, f/k/a DJ ORTHOPEDICS, INC.,
REABLE THERAPEUTICS, LLC,
ASTRAZENECA PHARMACEUTICALS LP,
ASTRAZENECA LP, and
ZENECA HOLDINGS, INC.,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

    This matter is before the court on "Plaintiff's Motion to Amend Complaint." ([# 50] [filed April 30, 2009].) Since Defendants have not filed responses, the court finds the motion is unopposed and is therefore GRANTED.

    The Clerk of Court is directed to file the "Plaintiff's Second Amended Complaint" (Doc. No. 50-2), heretofore attached to the motion and to amend the caption accordingly.

Dated: June 8, 2009