IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–02648–MSK–KMT

CRESSA SULLIVAN,

      Plaintiff,

v.

I-FLOW CORPORATION,
DJO, LLC
SORENSON MEDICAL PRODUCTS, INC.,
HOSPIRA, INC.,
ABBOTT LABORATORIES,
ABBOTT LABORATORIES (ILLINOIS), and
ABBOTT LABORATORIES (DELAWARE),

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiff's Unopposed Motion to Vacate Deadline to File Scheduling Order and Scheduling Conference" (#54, filed June 12, 2009) is GRANTED. The Scheduling Conference currently set for June 22, 2009 at 10:00 a.m. is VACATED and RESET to **July 17, 2009 at 9:45 a.m.**

Dated: June 18, 2009