IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-02648-MSK-KMT

CRESSA SULLIVAN,

    Plaintiff,

v.

I-FLOW CORPORATION,
SORENSON MEDICAL PRODUCTS, INC., a Utah Corporation,
ABBOTT LABORATORIES, an Illinois Corporation,
ABBOTT LABORATORIES d/b/a AP PHARAMACEUTICALS INC., an Illinois Corporation,
ABBOTT LABORATORIES, d/b/a ABBOTT SALES, MARKETING & DISTRIBUTIONS COMPANY,  a Delaware corporation,
HOSPIRA, INC., a Delaware Corporation,

    Defendants.
_____

### ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the parties' Stipulated Motion for Dismissal **(#62)** with Prejudice pursuant to F.R.C.P. 41(a)(1)(B), and the Court being fully advised, hereby adopts the stipulation of the parties.

**IT IS THEREFORE ORDERED** that any and all claims in this action as to Defendant DJO, LLC are hereby dismissed **WITH PREJUDICE**, each party to bear their own costs and fees.

DATED this 22nd day of June, 2009.

        **BY THE COURT:**

        *Marcia S. Krieger*
        _____

        Marcia S. Krieger
        United States District Judge