IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–02648–MSK–KMT

CRESSA SULLIVAN,

      Plaintiff,

v.

I-FLOW CORPORATION,
SORENSON MEDICAL PRODUCTS, INC.,
HOSPIRA, INC.,
ABBOTT LABORATORIES,
ABBOTT LABORATORIES (ILLINOIS), and
ABBOTT LABORATORIES (DELAWARE),

      Defendants.

---

### MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiff's Unopposed Motion to Vacate Rule 16(b) Scheduling Conference and Rule 26(F) Planning Conference" (#67, filed July 8, 2009) is GRANTED. The July 17, 2009 Scheduling Conference is VACATED and RESET to September 4, 2009 at 9:00 a.m.

Dated: July 13, 2009