IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–02648–MSK–KMT

CRESSA SULLIVAN,

    Plaintiff,

v.

I-FLOW CORPORATION,
SORENSON MEDICAL PRODUCTS, INC.,
HOSPIRA, INC.,
ABBOTT LABORATORIES,
ABBOTT LABORATORIES, INC., and
SDI RESIDUAL ASSETS, LLC,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiff's Motion to Amend/Correct Caption of Third Amended Complaint" (#104, filed October 26, 2009) is GRANTED. Plaintiff is granted leave to file a copy of the Third Amended Complaint with the appropriate caption.

Dated: October 28, 2009