IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-02648-MSK-KMT

CRESSA SULLIVAN,

        Plaintiff,

v.

I-FLOW CORPORATION;
ABBOTT LABORATORIES, an Illinois corporation;
ABBOTT LABORATORIES, INC., a Delaware corporation; and
HOSPIRA, INC., a Delaware corporation,

        Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the Unnopposed [*sic*] Motion for Dismissal With Prejudice of SDI Residual Assets, LLC, Sorenson Development, Inc., SDI Liquidating Corporation, Sorenson Medial Products, Inc., Sorenson Medical, Inc., d/b/a Sorenson Medical, and SMI Liquidating, Inc. (Motion) filed March 9, 2010. The Court having read the Motion filed herein, and now being fully advised in the premises,

**IT IS ORDERED** that the Motion is **GRANTED**. Any and call claims asserted by and between the Plaintiff and the above-named Defendants are hereby is dismissed, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended. All future captions shall so reflect.

DATED this 9th day of March, 2010.

                                                  BY THE COURT:

                                                 Marcia S. Krieger
                                                 United States District Judge