# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 08-cv-02648-MSK-KMT | FTR - Courtroom C-201 |
| **Date:** February 24, 2011 | Deputy Clerk, Nick Richards |
| CRESSA SULLIVAN, | Daniel Lee English |
| Plaintiff, | |
| v. | |
| I-FLOW CORPORATION, | Jeffrey Ralph Pilkington |
| | Kim Kayiwa |
| Defendant. | Meegan Wynne |

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 2:32 p.m.**
Court calls case.  Appearances of counsel.

Motion Hearing is called in regard to Plaintiff's Motion to Compel Answers to Interrogatories, Responses to Requests for Admission, and Responses to Request for Production of Documents, and Request for Forthwith Hearing Regarding this Motion [Doc. No. 215, filed January 25, 2011].

Mr. English informs the Court that a resolution has been reached on Plaintiff's Motion to Compel [215].

It is **ORDERED**:     Motion to Compel [215] is **withdrawn without prejudice**.  All discovery dealing with Plaintiff's Motion to Compel [215] will be extended to April 17, 2011.

**Court in Recess: 2:43 p.m.**
Hearing concluded.
Total In-Court Time    00:11

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.